JULIAN A. VAN DEUSEN, Plaintiff, v. JAMES R. VAN DEUSEN, Appellant, DELIA VAN DEUSEN and Others, Defendants, and GRACE SUTPHEN and

Another, Respondents.— Judgment, so far as appealed from, and order affirmed, with costs. All concur, except Kruse, P. J., and Lambert, J., who dissent, upon the ground that there is no evidence to sustain the verdict of the jury.